UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIOLETTE C IKONOMIDIS | CIVIL ACTION |
| VERSUS | NO. 13-5872 |
| DUGGINS LAW FIRM, PLC | SECTION "L" (1) |

### ORDER

Having been informed that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.  **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 5th day of August, 2014.

UNITED STATES DISTRICT JUDGE